**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TALISHA HARRIS, individually, on behalf herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ARB GAMING LLC d/b/a MODO,<br><br>*Defendants*. | Case No. 1:25-cv-12129<br><br>Honorable Joan B. Gotschall |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, Talisha Harris, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Talisha Harris individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 21, 2026

Respectfully Submitted,

*<u>/s/ Edwin E. Elliott</u>*
Edwin E. Elliott
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
Email: edwine@shamisgentile.com

Scott Edelsberg
Gabriel Mandler
**EDELSBERG LAW, P.A.**

20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: (786) 289-9471
Email: scott@edelsberglaw.com
Email: gabriel@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## Certificate of Service

I hereby certify that on September 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: *<u>/s/ Edwin E. Elliott</u>*
Edwin E. Elliott